# United States Court of Appeals
# for the Fifth Circuit

No. 24-20216

In re URZ Trendz, L.L.C.,

*Petitioner.*

Petition for a Writ of Mandamus
to the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3705

## UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is DENIED.